AMSTER, ROTHSTEIN & EBENSTEIN LLP
ANTHONY F. LO CICERO, NY SBN1084698
alocicero@arelaw.com
CHESTER ROTHSTEIN, NY SBN2382984
crothstein@arelaw.com
MARC J. JASON, NY SBN2384832
mjason@arelaw.com
JESSICA CAPASSO, NY SBN4766283
jcapasso@arelaw.com
90 Park Avenue
New York, NY 10016
Telephone:   (212) 336-8000
Facsimile:   (212) 336-8001
(Admitted *Pro Hac Vice*)

HANSON BRIDGETT LLP
GARNER K. WENG, SBN191462
gweng@hansonbridgett.com
CHRISTOPHER S. WALTERS, SBN267262
cwalters@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone:   (415) 777-3200
Facsimile:   (415) 541-9366

Attorneys for Plaintiffs MACY'S, INC. and
MACYS.COM, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MACY'S, INC. and MACYS.COM, INC., <br><br> Plaintiffs, <br><br> v. <br><br> STRATEGIC MARKS, LLC and ELLIA KASSOFF, <br><br> Defendants. | Case No. 3:15-cv-00612-SC <br><br> **DECLARATION OF ANTHONY F. LO CICERO IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT** <br><br> Date:  _____ <br> Time:  10:00 a.m. <br> Crtm:  1 <br> Judge: Hon. Samuel Conti |

I, Anthony F. Lo Cicero, declare as follows:

1. I am an attorney admitted to practice before the Courts of the State of New York and am admitted to this Court *pro hac vice*. I am a member of the firm of Amster,

Rothstein & Ebenstein LLP, lead counsel for plaintiffs Macy's, Inc. and Macys.com, Inc. (together "Plaintiffs" or "Macy's").  I make this Declaration in support of Plaintiffs' motion for partial summary judgment based on my personal knowledge.

2. Attached hereto as Exhibit A is a true and correct copy of excerpts from Plaintiffs' Responses to Defendant's First Set of Interrogatories (Nos. 1-20) from the First Action, consisting of pages 1, 2, 10 and 11.

3. Attached hereto as Exhibit B is a true and correct copy of excerpts from Plaintiffs' Responses to Defendants' First Set of Interrogatories (Nos. 1-22) from the Second Action, consisting of pages 1, 2, 6, 7 and 12.

4. Attached hereto as Exhibit C are true and correct copies of computer screen shots showing pages of the Macy's Heritage Shops section of the Macys.com website, produced by Macy's during discovery and Bates-numbered MACYS010618 and MACYS010635.

5. Attached hereto as Exhibit D is a true and correct copy of a computer screen shot showing the homepage pages of the Defendants' Retro Department Stores website, www.retrodepartmentstores.com, produced by Macy's during discovery and Bates-numbered MACYS000149.

6. Attached hereto as Exhibit E are true and correct copies of computer screen shots showing pages of the Defendants' Retro Department Stores website, www.retrodepartmentstores.com, produced by Macy's during discovery and Bates-numbered MACYS010646 to MACYS010649 and MACYS010687.

7. Attached hereto as Exhibit F is a true and correct copy of Macy's U.S. Trademark Registration No. 1,273,664 for MARSHALL FIELD'S (stylized).

8. Attached hereto as Exhibit G is a true and correct copy of Macy's U.S.

Trademark Registration No. 980,735 for I. MAGNIN.

9. Attached hereto as Exhibit H is a true and correct copy of Macy's U.S. Trademark Registration No. 4,504,002 for BURDINES.

10. Attached hereto as Exhibit I is a true and correct copy of Macy's U.S. Trademark Registration No. 4,500,315 for KAUFMANN'S.

11. Attached hereto as Exhibit J is a true and correct copy of Macy's U.S. Trademark Registration No. 4,364,626 for LAZARUS.

12. Attached hereto as Exhibit K is a true and correct copy of Macy's U.S. Trademark Registration No. 4,476,895 for MEIER & FRANK.

13. Attached hereto as Exhibit L is a true and correct copy of Macy's U.S. Trademark Registration No. 4,476,896 for RICH'S.

14. Attached hereto as Exhibit M is a true and correct copy of Macy's U.S. Trademark Registration No. 4,500,316 for STRAWBRIDGE'S.

15. Attached hereto as Exhibit N is a true and correct copy of excerpts from Defendants' Answers to Plaintiffs' First Set of Interrogatories from the First Action, consisting of pages 1 and 4.

16. Attached hereto as Exhibit O are true and correct copies of the web pages from the website of the United States Patent and Trademark Office (www.uspto.gov) reflecting Defendants' applications to register the marks MARSHALL FIELD'S (U.S. Application Serial No. 85/933,442); I. MAGNIN (U.S. Application Serial No. 85/933,434); BURDINES (U.S. Application Serial No. 85/933,423); KAUFMANN'S (U.S. Application Serial No. 85/933,437); LAZARUS (U.S. Application Serial No. 85/933,440); MEIER & FRANK (U.S. Application Serial No. 85/933,446); RICH'S (U.S. Application Serial No. 85/933,454) and STRAWBRIDGE'S (U.S. Application Serial No. 85/933,451), all dated

1  May 15, 2013.

2     17.   Attached hereto as Exhibit P is a true and correct copy of excerpts from the

3  transcript of the deposition of Ellia Kassoff dated August 25, 2015, consisting of pages 1

4  and 42-49 from the transcript.

5     I declare under penalty of perjury that the foregoing is true and correct.

7  Executed this 22 day of October 2015 at
New York, New York

                                                                   Anthony F. Lo Cicero