BENJAMIN ASHUROV SBN 271716
bashurov@KB-Ash.com
LYNN M. TERREBONNE SBN 248964
lterrebonne@KB-Ash.com
KB ASH Law Group P.C.
7011 Koll Center Pkwy, Suite 160
Pleasanton, CA 94566
Telephone:   415.754.9346
Facsimile:    415.952.9325

Attorneys for Defendants
STRATEGIC MARKS, LLC and ELLIA KASSOFF.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MACY'S INC and MACYS.COM, INC., <br><br> Plaintiff, <br> v. <br> STRATEGIC MARKS, LLC, and ELLIA KASSOFF <br><br> Defendant. | CASE NO.  3:15-CV-00612-SC <br><br> **DECLARATION OF BENJAMIN ASHUROV IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT** <br><br> **Hon. Samuel M. Chen** |

I, Benjamin Ashurov, declare as follows:

1. I am an attorney admitted to practice before the Courts of the State of California and am admitted to this Court. I am a member of the firm KB Ash Law Group, P.C., lead counsel for defendants Strategic Marks, LL and Ellia Kassoff (together "Defendant"). I make this Declaration in support of Defendant's opposition to Plaintiffs' Motion for Partial Summary Judgment based on my personal knowledge.

2. Attached hereto as **EXHIBIT A** are true and correct copies of the webpages from the website of the United States Patent and Trademark Office (www.uspto.gov) reflecting Strategic Marks' applications to register the marks THE BON MARCHE, ABRAHAM AND STRAUS, THE BROADWAY, BULLOCK DEPARTMENT STORE, JORDAN MARSH, FILENE'S ROBINSON'S filed on September 24, 2010.

1

3.     Attached hereto as **EXHIBIT B** are true and correct copies of the webpages from the website of the United States Patent and Trademark Office (www.uspto.gov) reflecting Strategic Marks's registrations for the marks THE BROADWAY, ROBINONS' and THE BON MARCHE.

4.     Attached hereto as **EXHIBIT C** are true and correct copy of a document produced by Plaintiffs in this action bearing production nos. MACYS009629-MACYS009632.

5.     Attached hereto as **EXHIBIT D** are true and correct copy of a document produced by Defendants in this action bearing production nos. SM023030-SM023031.

6.     Attached hereto as **EXHIBIT E** are true and correct copy of screenshots from Strategic Marks' Retro Department Stores website, produced by Defendants in the First NDCA Action bearing production nos. BN001881-BN001894.

7.     Attached hereto as **EXHIBIT F** are true and correct copy of screenshots from Strategic Marks' Retro Department Stores website, produced by Defendants in the Second NDCA Action bearing production nos. SM000632 – SM000672.

8.     Attached hereto as **EXHIIBT G** is a true and correct copy of excerpts from Plaintiffs' Answers to Defendants' First Set of Interrogatories from the First NDCA Action, pages 1, 9, 10.

9.     Attached hereto as **EXHIIBT H** is a true and correct copy of excerpts from Plaintiffs' Answers to Defendants' First Set of Interrogatories from the Second NDCA Action, pages 1, 8, 9.

10.    Attached hereto as **EXHIIBT I** true and correct copies of images showing Plaintiffs' Heritage Shops website produced in the Second NDCA Action.

11.    Attached hereto as **EXHIIBT J** true and correct copies of images showing Plaintiffs' goods sold using the Disputed Marks produced in the First NDCA Action and Second NDCA Action.

12.    Attached hereto as **EXHIIBIT K** is a true and correct copy of excerpts from the deposition of Scott McCabe dated October 16, 2015, pg. 1, 75, 78 – 81, 85 - 86.

13. Attached hereto as **EXHIBIT L** are true and correct copies of the webpages from the website of the United States Patent and Trademark Office (www.uspto.gov) reflecting Plaintiffs' applications for the registration of the marks BURDINES, KAUFMANN'S, LAZARUS, MEIER & FRANK, RICH'S, and STRAWBRIDGE'S.

14. Attached hereto as **EXHIBIT M** are true and correct copies of the webpages from the website of the United States Patent and Trademark Office (www.uspto.gov) reflecting Plaintiffs' applications for renewal of the registrations for the marks MARSHALL FIELD'S and I. MAGNIN.

15. Attached hereto as **EXHIBIT N** are true and correct copies of the webpages from the website of the United States Patent and Trademark Office (www.uspto.gov) reflecting the specimens Plaintiffs submitted along with applications for registration and renewal referenced in Exhibits L and M.

16. Attached hereto as **EXHIBIT O** is a true and correct copy of the expert report of Joe Mendelson, submitted in the Second NDCA Action on September 11, 2015.

17. Attached hereto as **EXHIBIT P** is a true and correct copy of excerpts from the Defendants' Answers to Plaintiffs' First Set of Interrogatories in the Second NDCA Action, pg. 1, 6, and 7.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 7th day of December 2015 at Pleasanton, CA.

By: _____

BENJAMIN ASHUROV